IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BA-PAKAL LUMA NATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22CV373 |
| | ) | |
| THE STATE OF NORTH CAROLINA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on September 22, 2022, was served on the parties in this action. (ECF Nos. 4, 5.) Plaintiff filed objections to the Recommendation within the time limit prescribed by Section 636, (ECF No. 6), on October 11, 2022.

The Court has appropriately reviewed the Magistrate Judge's Recommendation to which objection was made and has made a *de novo* determination and finds that they do not change the substance of the United States Magistrate Judge's Recommendation, (ECF No. 4), which is affirmed and adopted.

**IT IS THEREFORE ORDERED** that the Ba-Pakal Luma Nation's Application to proceed *in forma pauperis* in this action, (ECF No. 1), is **DENIED** and this action is **DISMISSED** without prejudice to re-filing by individual plaintiffs.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 10th day of February 2023.

/s/ Loretta C. Biggs
United States District Judge